IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMETRY FERGUSON-MUIR, <br> 520 Buchanan Street, NW, <br> Washington, D.C. 20011, <br><br> Plaintiff, <br><br> v. <br><br> NAI SATURN EASTERN, LLC, <br> 250 Park Center Boulevard, <br> Boise, ID 82706, <br><br> Defendant. | Case No. _____ <br> Formerly Case No. 2022 CA 002242 B <br> Superior Court for the <br> District of Columbia |

## NOTICE OF REMOVAL

Defendant NAI Saturn Eastern, LLC ("Defendant"), by and through its undersigned attorneys, KIERNAN TREBACH LLP, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby remove the above-captioned matter to this Court. The grounds for removal are set forth below.

### Nature of Plaintiff's Claim

1. On or about May 20, 2022, Plaintiff Demetry Ferguson-Muir ("Plaintiff"), through counsel, filed the above action against Defendants in the Civil Division of the Superior Court for the District of Columbia, under Case No. 2022 CA 002242 B. In accordance with 28 U.S.C. § 1446(a), true and accurate copies of all process, pleadings, and orders served in the Superior Court for the District of Columbia as of this date are attached hereto as **Exhibit A**.

2. The Complaint alleges that Plaintiff sustained injury after slipping and falling due to ice on an exterior walkway adjacent to the Safeway store located at 6500 Piney Branch Road, NW, Washington, D.C. 20012 (the "Store").

3. The Complaint asserts one count of Negligence against Defendant.

## Procedural Posture

4. This action was initiated by Plaintiff on or about May 20, 2022.

5. Upon information and belief, Defendant was served through its resident agent in the District of Columbia via a process server on June 6, 2022.

6. The Notice of Removal of this case to the United States District Court is being timely filed by Defendants within thirty (30) days after service was purportedly effected on them on June 6, 2022, pursuant to 28 U.S.C. § 1446(b)(2)(B).

## Parties

7. Plaintiff alleges in Paragraph 1 of the Complaint that he is an individual residing in Washington, D.C. Therefore, pursuant to 28 U.S.C. § 1332(c)(1), for diversity purposes, Plaintiff is a citizen of Washington, D.C.

8. Defendant NAI Saturn Eastern, LLC is a Delaware limited liability company with its principal place of business in Idaho. Therefore, pursuant to 28 U.S.C. § 1332(c)(1), for diversity purposes, NAI Saturn Eastern, LLC is a citizen of Delaware and Idaho.

## Jurisdiction and Venue

9. This action is a civil action which falls under this Court's original jurisdiction pursuant to 28 U.S.C. § 1332 (diversity of citizenship), and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441(a), (b) and (c).

10. This case is removable pursuant to 28 U.S.C. § 1441 because this United States District Court has original jurisdiction of this case under 28 U.S.C. § 1332(a). Section 1332(a) provides in pertinent part as follows:

> (a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between-

      (1)  citizens of different States....

11. Plaintiff is a citizen of Washington, D.C. and Defendant NAI Saturn Eastern, LLC is a citizen of Delaware and Idaho.

12. Plaintiff's Complaint seeks damages in excess of $75,000, exclusive of interest and costs.

13. Pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and 1446(a), this Court has original jurisdiction over this action because the amount in controversy exceeds $75,000.00 and because this action is between citizens of different states.

14. Venue is proper because this district embraces the jurisdiction in which Plaintiff initiated his lawsuit and the jurisdiction in which the alleged incident occurred.

15. There are no other defendants to this case at this time.

16. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed contemporaneously with the Clerk of the Superior Court for the District of Columbia, and served along with written notice on Plaintiff's counsel of record. A copy of the Notice to the Clerk of Removal is attached hereto as **Exhibit B**.

17. No admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved to Defendant.

WHEREFORE, Defendant NAI Saturn Eastern, LLC hereby removes the above-captioned action, which is now pending in the Superior Court for the District of Columbia.

DATED this 1st day of July, 2022.

            Respectfully submitted,

            /s/ Justin M. Cuniff
            Justin M. Cuniff, Esq. # 499196
            Carlos A. Uria, Esq. #1033890
            Kiernan Trebach LLP

One Park Place, Suite 425
Annapolis, MD 21401
Telephone: (443) 263-2800
Facsimile:  (443) 263-2935
Email:  jcuniff@kiernantrebach.com
Email: auria@kiernantrebach.com
*Counsel for Defendant NAI Saturn Eastern, LLC*

### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMETRY FERGUSON-MUIR, ) <br> 520 Buchanan Street, NW, ) <br> Washington, D.C. 20011, ) <br> ) <br>     **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> NAI SATURN EASTERN, LLC, ) <br> 250 Park Center Boulevard, ) <br> Boise, ID 82706, ) <br> ) <br>     **Defendant.** ) | Case No. _____ <br> Formerly Case No. 2022 CA 002242 B <br> Superior Court for the <br> District of Columbia |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of July, 2022, a copy of the foregoing *Notice of Removal* was served via first class mail upon:

Seann P. Malloy, Esq.
Aleksandr Shubin, Esq.
Malloy Law Offices, LLC
7910 Woodmont Avenue, Suite 1250
Bethesda, MD 20814
*Counsel for Plaintiff*

                                        /s/ Justin M. Cuniff
                                        Justin M. Cuniff, Esq. # 499196
                                        Carlos A. Uria, Esq. #1033890
                                        Kiernan Trebach LLP
                                        One Park Place, Suite 425
                                        Annapolis, MD 21401
                                        Telephone: (443) 263-2800
                                        Facsimile:  (443) 263-2935
                                        Email: jcuniff@kiernantrebach.com
                                        Email: auria@kiernantrebach.com
                                        *Counsel for Defendant NAI Saturn Eastern, LLC*